UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DE LOS SANTOS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA P.B. KATEHI, an individual in her former capacity as Chancellor of the University of California Davis, et al.,<br><br>Defendants. | No. 2:17-cv-02127-TLN-CMK<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO DISMISS** |

This matter is before the Court on Defendants' Motion to Dismiss without leave to amend for failure to state a claim, (ECF No. 6). The Court has considered Defendants' Motion and Plaintiffs' Statement of Non-Opposition, (ECF No. 8 at 2), and good cause appearing, IT IS HEREBY ORDERED:

1. The Court GRANTS Defendants' Motion to Dismiss, (ECF No. 6);
2. This action is DISMISSED WITHOUT LEAVE TO AMEND in its entirety as to all Defendants;
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED

Dated: June 25, 2018

Troy L. Nunley
United States District Judge

1